IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      v.                    Criminal No. 19-138

TERRANCE SHELBY

## ORDER

The defendant, Terrance Shelby, having been fully advised of his rights under the Interstate Agreement on Detainers Act (IADA), and following consultation with his attorney, *( see ECF No. 38 )* Linda E.J. Cohn, Assistant Federal Public Defender, has agreed, to the following for the purpose of him returning to the Beaver County Jail:

1)    the defendant waives his rights pursuant to the IADA, including but not limited to the anti-shuttling provision of the IADA, regardless of how many times he may be shuttled between the sending state and the receiving state;

2)    the defendant waives his rights to remain in the custody of the United States Marshal while the federal charges are pending in this case;

3)    the defendant acknowledges, understands, and agrees that if he is returned to state custody, pending resolution of the federal case, the United States Marshal will lodge a detainer against him on the pending federal charges and that his attendance in future court hearings in this case will be obtained by means of a writ filed by the government; and,

4)    the defendant also agrees that the applicable (120 day) speedy trial clock of the IADA will be tolled for all of the time that he is out of the receiving State's physical custody on its writ.

**WHEREFORE IT IS ORDERED** that the defendant is to be returned the custody of the Warden at Beaver County Jail, from which he had been removed pursuant to a writ of habeas corpus ad prosequendum, the defendant, by and through his attorney, having waived his rights under the IADA on the record.

**IT IS FURTHER ORDERED** that the United States Marshal for the Western District of Pennsylvania shall lodge a detainer against this defendant on the current federal charges with the Warden at Beaver County Jail.

**IT IS FURTHER ORDERED** that the government shall file a writ to secure the appearance of the defendant at any future court proceedings.

Linda E.J. Cohn
Counsel for Terrance Shelby.

Dated: January 8,
2020

HONORABLE JOY FLOWERS CONTI
United States District Judge